IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| OAKWOOD HOMES CORP., et al., | : |
| | : Bankruptcy No. 02-13396 (PJW) |
| Debtors. | : |
| | : |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marshal, LLC, The OHC Liquidation Trustee, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-409-JJF |
| | : |
| BAILEY CONSTRUCTION, INC., | : |
| | : |
| Appellee. | : |

### ORDER

WHEREAS, prior to above-captioned case being filed in the District Court it was the subject of a Motion for Approval of Stipulation and Agreed Order to Stay Motion For Withdrawal of Reference;

WHEREAS, it appears that no action was taken on the motion to stay in the Bankruptcy Court;

WHEREAS, the action is now pending in the District Court as a Motion For Withdrawal of Reference;

IT IS HEREBY ORDERED that the parties advise the Court by letter, no later than **July 15, 2005**, whether the Motion For A Stay of the Withdrawal of Reference is active or moot.

June 30, 2005
DATE

UNITED STATES DISTRICT JUDGE